DECISIONS PER CURIAM, FROM OCTOBER 1, 1917, TO MARCH 4, 1918, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 173. RICARDO ASCARATE, PLAINTIFF IN ERROR, *v.* STATE OF NEW MEXICO. In error to the Supreme Court of the State of New Mexico. Motion to dismiss submitted October 1, 1917. Decided October 8, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Twining* v. *New Jersey,* 211 U. S. 78; *Ensign* v. *Pennsylvania,* 227 U. S. 592, 597, 598; *Frank* v. *Mangum,* 237 U. S. 309, 342. *Mr. Edward C. Wade, Jr.,* for plaintiff in error. *Mr. Frank W. Clancy* for defendant in error.

———

No. —. Original. *Ex parte:* IN THE MATTER OF JOHN E. READE, PETITIONER. Submitted October 1, 1917. Decided October 8, 1917. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. O. T. Richey* for petitioner.

———

No. 3. TREMONT LUMBER COMPANY, PLAINTIFF IN ERROR, *v.* MRS. NORA REAGAN. In error to the Supreme Court of the State of Louisiana. Submitted October 12, 1917. Decided October 15, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Knoxville Iron Co.* v. *Harbison,* 183 U. S. 13; (2) *Missouri, Kansas & Texas Ry. Co.* v. *Cade,* 233 U. S. 642; *Missouri, Kansas & Texas Ry. Co.* v. *Harris,* 234 U. S. 412. *Mr. John C. Theus* for plaintiff in error. *Mr. S. D. Pearce* and *Mr. H. Garland Dupre* for defendant in error.